**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **AIHUA LIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00607** |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner's Letter Motion to Withdraw the Petition with Prejudice, (Dkt. 7.) "[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).[1] The decision of whether to grant dismissal at the plaintiff's request lies within the sound discretion of the trial court. *Davis v. Huskipower Outdoor Equip. Corp.*, 936 F.2d 193, 199 (5th Cir. 1991). Unless the non-moving party "will suffer some plain legal prejudice other than the mere prospect of a second lawsuit[,]" a district court should exercise its discretion to grant a motion for voluntary dismissal. *Hyde v. Hoffmann-La Roche, Inc.*, 511 F.3d 506, 509 (5th Cir. 2007). Here, Petitioner states in her motion that she was released by Immigration and Customs Enforcement, and she therefore requests that her Petition for Writ of Habeas Corpus be withdrawn with prejudice. (Dkt. 7.); *see also* Fed. R. Civ. P. 41(a)(2).

---

[1] The Federal Rules of Civil Procedure may apply in habeas corpus proceedings. Rules Governing Section 2254 Cases, Rules 1(b), 12 (applying Section 2254 Rules to other habeas corpus petitions and then applying the FRCP to these rules).

Upon finding good cause shown, Petitioner's Motion to Withdraw her Petition with Prejudice, (Dkt. 7), is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** with prejudice at the Petitioner's request. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this May 15, 2026.

Diana Saldaña
United States District Judge